LOCAL FORM 2
PAY ADVICE COVER SHEET

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF OKLAHOMA

In re:  )
    **Clinton Ray Moss**       ,  )
    **Diana Lynn Moss**        ,  )   Case No.  **14-12203**
                                                                               )   Chapter   **7**
Debtor..  )

### PAY ADVICE COVER SHEET

The following pay advice/income record information is filed on behalf of the debtors:

☒  Pay advices are attached as follows:

| Employer | Beginning date | Ending date |
|---|---|---|
| **Husband: Charles Machine Works** | **March 1, 2014** | **April 30, 2014** |
| **Wife: Edwin Fair CMHC** | **March 1, 2014** | **May 7, 2014** |

☐  The debtor certifies by his/her signature below that he/she has no pay records because: _____

Dated on **May 23, 2014**.

**/s/ Clinton Ray Moss**
**Clinton Ray Moss**
(Debtor Signature)

**/s/ Diana Lynn Moss**
**Diana Lynn Moss**
(Joint Signature)

☐ Pro se Debtor

☒ Represented by Counsel

**/s/ Teresa Bell Brown**
(Attorney Signature)
**Teresa Bell Brown OBA #15685**
**Bob Brown and Associates**
**123 W 7th Av., Suite 102**
**Stillwater, OK 74074**

**Phone: (405) 377-8185;  Fax: (405) 563-9427**
**reception@bobbrownattorney.com;**
**teresa@bobbrownattorney.com**

6 mths.
DEC-APRIL

# MOSS, CLINTON (CMW, pd 2 tms per mth)

| DATE | GROSS INCOME | YTD | MONTH TOTAL |
|---|---|---|---|
| NOV | | | |
| (10-31-13 | 2411.10 | 43,967) | |
| 11-15-13 | 2069.10 | 46,036 | |
| 11-30-13 | 1675.80 | 47,712 | NOV $3745 |
| 12-15-13 | 2099.03 | 49,811 | |
| 12-31-13 | 1949.40 | 1,949 | DEC $4049 |
| 1-15-14 | 2133.23 | 4,082 | |
| 1-31-14 | 2163.15 | 6,245 | JAN 4,196 |
| 2-15-14 | 2060.55 | 8,306 | |
| 2-28-14 | 1829.70 | 10,136 | FEB 3890 |
| Prof. Inc. | | | |
| 3-15-14 | 1900.24 | 12,036 | |
| 3- -14 | 2034.90 | 14,071 | |
| 3-31-14 | 1966.50 | 16,037 | MAR 5902 |
| 4-15-14 | 2,146.05 | 18,183 | |
| 4-30-14 | 2069.10 | 20,252 | APR 4215 |

$$\frac{25,997}{6} = \$4333$$

LAST YR'S AVG. MTHLY INCOME   $\frac{49,812}{12} = \$4151$

```
The Charles Machine Works                    PO BOX 66  PERRY, OK  73077
NAME:      Clinton Moss                      DEPOSIT DATE:            03/05/2014
EE NUMBER: 00005286                          PAY PERIOD END DATE:     (02/28/2014)
SUPERVISOR: Gorrell, Pat                     HIRE DATE:               08/30/2004
PAYMENTS    RATE    HOURS    DOLLARS       YTD
WAGES                                              PRE-TAX
  Reg Pay   17.10   72.00   1,231.20     6,275.70    Dental Ins.         41.64      208.20
  Overtime  25.65   18.00     461.70     2,475.23    Dependent FSA      208.00    1,040.00
  PTO/VACA  17.10    8.00     136.80     1,385.10    401k Savings       128.08      709.53
                            --------                 Vision Insuranc      9.82       49.10
Total Wage          98.00  (1,829.70)   10,136.03    EE Medical Cost     57.50      274.50
                                                     WellnessNonPart     15.00       60.00
REIMBURSEMENTS                                                         -------    --------
  WeldInce                              75.00        Total Pre-Tax      460.04    2,341.33

Total Reimbursements                    75.00      TAXES
                                                     W/HTax- Fed        114.82      716.08
TAXABLE BENEFITS                                     OASDI EE            93.09      528.35
  EE GTLI Taxable            3.68       17.57        MedcarEE            21.77      123.57
                                                     W/HTax- Okl         50.00      298.00
Total Taxable Benefit        3.68       17.57                          -------    --------
                                                     Total Taxes        279.68    1,666.00
     LEAVE ENTITLEMENT BALANCES
Quota Type                Remaining Balance        AFTER-TAX
                                                     401KLoan           105.58      316.74
Vacation Pay                     54.00000            Life Voluntary                  36.40
Paid Disability Leave          1029.00000            AD&D Voluntary                   2.80
Personal Time Off                 0.00000            Personal                       809.76
==========================================                             -------    --------
                                                     Total After-Tax    105.58    1,165.70

                                                     Total Net Pay      984.40    5,038.00
                                                   ===============================================
```

```
The Charles Machine Works                    PO BOX 66  PERRY, OK  73077
NAME:      Clinton Moss                      DEPOSIT DATE:            03/14/2014
EE NUMBER: 00005286                          PAY PERIOD END DATE:     (03/14/2014)
SUPERVISOR: Gorrell, Pat                     HIRE DATE:               08/30/2004
PAYMENTS    RATE    HOURS    DOLLARS       YTD
WAGES                                              PRE-TAX
  Prof Inc                  1,900.24     1,900.24    Dental Ins.                    208.20
  Reg Pay                                6,275.70    Dependent FSA         0.00   1,040.00
  Overtime                               2,475.23    401k Savings                   709.53
  PTO/VACA                               1,385.10    Vision Insuranc                 49.10
                            --------                 EE Medical Cost                274.50
Total Wage                 (1,900.24)   12,036.27    WellnessNonPart                 60.00
                                                                                 --------
REIMBURSEMENTS                                       Total Pre-Tax              2,341.33
  WeldInce                              75.00
                                                   TAXES
Total Reimbursements                    75.00        W/HTax- Fed        475.06    1,191.14
                                                     OASDI EE           117.82      646.17
TAXABLE BENEFITS                                     MedcarEE            27.55      151.12
  EE GTLI Taxable                       17.57        W/HTax- Okl        100.00      398.00
                                                                       -------    --------
Total Taxable Benefit                   17.57        Total Taxes        720.43    2,386.43

     LEAVE ENTITLEMENT BALANCES                    AFTER-TAX
Quota Type                Remaining Balance          401KLoan                      316.74
                                                     Life Voluntary                 36.40
Vacation Pay                     54.00000            AD&D Voluntary                  2.80
Paid Disability Leave          1029.00000            Personal                      809.76
Personal Time Off                 0.00000                                         --------
==========================================          Total After-Tax             1,165.70
```

```
The Charles Machine Works                    PO BOX 66  PERRY, OK  73077
NAME:         Clinton Moss                   DEPOSIT DATE:              03/20/2014
EE NUMBER:    00005286                       PAY PERIOD END DATE:      (03/15/2014)
SUPERVISOR:   Gorrell, Pat                   HIRE DATE:                 08/30/2004
PAYMENTS      RATE    HOURS    DOLLARS        YTD
WAGES                                                  PRE-TAX
  Prof Inc                                1,900.24       Dental Ins.         41.64      249.84
  Reg Pay     17.10    80.00  1,368.00    7,643.70      Dependent FSA      208.00    1,248.00
  Overtime    25.65    26.00    666.90    3,142.13      401k Savings       142.44      851.97
  PTO/VACA                               1,385.10       Vision Insuranc      9.82       58.92
                      ------  --------  ---------       EE Medical Cost     57.50      332.00
Total Wage          106.00   2,034.90   14,071.17      WellnessNonPart     15.00       75.00
                                                                          ------   --------
REIMBURSEMENTS                                          Total Pre-Tax      474.40    2,815.73
  WeldInce                                  75.00
                                        ---------      TAXES
Total Reimbursements                        75.00       W/HTax- Fed        143.45    1,334.59
                                                        OASDI EE           105.81      751.98
TAXABLE BENEFITS                                        MedcarEE            24.75      175.87
  EE GTLI Taxable                  3.68     21.25       W/HTax- Okl         60.00      458.00
                                  -----   -------                         ------   --------
Total Taxable Benefit              3.68     21.25       Total Taxes        334.01    2,720.44

         LEAVE ENTITLEMENT BALANCES                    AFTER-TAX
Quota Type                    Remaining Balance         401KLoan                         316.74
-----------------------------------------------         Life Voluntary      18.20        54.60
Vacation Pay                           54.00000         AD&D Voluntary       1.40         4.20
Paid Disability Leave                1029.00000         Personal                        809.76
Personal Time Off                       0.00000                            ------    --------
================================================        Total After-Tax     19.60    1,185.30

                                                        Total Net Pay    1,206.89    7,424.70
                                                        ================================
```

```
The Charles Machine Works                    PO BOX 66  PERRY, OK  73077
NAME:         Clinton Moss                   DEPOSIT DATE:              04/04/2014
EE NUMBER:    00005286                       PAY PERIOD END DATE:      (03/31/2014)
SUPERVISOR:   Gorrell, Pat                   HIRE DATE:                 08/30/2004
PAYMENTS      RATE    HOURS    DOLLARS        YTD
WAGES                                                  PRE-TAX
  Prof Inc                                1,900.24       Dental Ins.         41.64      291.48
  Reg Pay     17.10    80.00  1,368.00    9,011.70      Dependent FSA      208.00    1,456.00
  Overtime    25.65    18.00    461.70    3,603.83      401k Savings       137.66      989.63
  PTO/VACA    17.10     8.00    136.80    1,521.90      Vision Insuranc      9.82       68.74
                      ------  --------  ---------       EE Medical Cost     57.50      389.50
Total Wage          106.00   1,966.50   16,037.67      WellnessNonPart     15.00       90.00
                                                                          ------   --------
REIMBURSEMENTS                                          Total Pre-Tax      469.62    3,285.35
  WeldInce                                  75.00
                                        ---------      TAXES
Total Reimbursements                        75.00       W/HTax- Fed        133.91    1,468.50
                                                        OASDI EE           101.57      853.55
TAXABLE BENEFITS                                        MedcarEE            23.75      199.62
  EE GTLI Taxable                  3.68     24.93       W/HTax- Okl         56.00      514.00
                                  -----   -------                         ------   --------
Total Taxable Benefit              3.68     24.93       Total Taxes        315.23    3,035.67

         LEAVE ENTITLEMENT BALANCES                    AFTER-TAX
Quota Type                    Remaining Balance         401KLoan           105.58      422.32
-----------------------------------------------         Life Voluntary                  54.60
Vacation Pay                           46.00000         AD&D Voluntary                   4.20
Paid Disability Leave                1029.00000         Personal                       809.76
Personal Time Off                       0.00000                            ------   --------
================================================        Total After-Tax    105.58    1,290.88

                                                        Total Net Pay    1,076.07    8,500.77
                                                        ================================
```

```
The Charles Machine Works                    PO BOX 66   PERRY, OK   73077
NAME:          Clinton Moss                  DEPOSIT DATE:                04/18/2014
EE NUMBER:     00005286                      PAY PERIOD END DATE:        (04/15/2014)
SUPERVISOR:    Gorrell, Pat                  HIRE DATE:                   08/30/2004
PAYMENTS       RATE     HOURS    DOLLARS         YTD
WAGES
  Prof Inc                                    1,900.24    PRE-TAX
  Reg Pay      17.10    88.00    1,504.80     10,516.50     Dental Ins.          41.64       333.12
  Overtime     25.65    25.00      641.25      4,245.08     Dependent FSA       208.00     1,664.00
  PTO/VACA                                     1,521.90     401k Savings        150.22     1,139.85
                                                            Vision Insuranc       9.82        78.56
Total Wage            113.00    (2,146.05)    18,183.72     EE Medical Cost      57.50       447.00
                                                            WellnessNonPart      15.00       105.00
REIMBURSEMENTS
  WeldInce                                        75.00    Total Pre-Tax        482.18     3,767.53

Total Reimbursements                              75.00    TAXES
                                                            W/HTax- Fed         158.96     1,627.46
TAXABLE BENEFITS                                            OASDI EE            112.70       966.25
  EE GTLI Taxable                 3.68           28.61      MedcarEE             26.36       225.98
                                                            W/HTax- Okl          65.00       579.00
Total Taxable Benefit             3.68           28.61
                                                           Total Taxes          363.02     3,398.69
        LEAVE ENTITLEMENT BALANCES
Quota Type                       Remaining Balance         AFTER-TAX
                                                            401KLoan                          422.32
Vacation Pay                             46.00000           Life Voluntary       18.20        72.80
Paid Disability Leave                  1029.00000           AD&D Voluntary        1.40         5.60
Personal Time Off                         0.00000           Personal                          809.76

                                                           Total After-Tax       19.60     1,310.48

                                                           Total Net Pay      1,281.25     9,782.02
```

```
The Charles Machine Works                    PO BOX 66   PERRY, OK   73077
NAME:          Clinton Moss                  DEPOSIT DATE:                05/05/2014
EE NUMBER:     00005286                      PAY PERIOD END DATE:        (04/30/2014)
SUPERVISOR:    Gorrell, Pat                  HIRE DATE:                   08/30/2004
PAYMENTS       RATE     HOURS    DOLLARS         YTD
WAGES
  Prof Inc                                    1,900.24    PRE-TAX
  Reg Pay      17.10    88.00    1,504.80     12,021.30     Dental Ins.          41.64       374.76
  Overtime     25.65    22.00      564.30      4,809.38     Dependent FSA       208.00     1,872.00
  PTO/VACA                                     1,521.90     401k Savings        144.84     1,284.69
                                                            Vision Insuranc       9.82        88.38
Total Wage            110.00    (2,069.10)    20,252.82     EE Medical Cost      57.50       504.50
                                                            WellnessNonPart      15.00       120.00
REIMBURSEMENTS
  WeldInce                                        75.00    Total Pre-Tax        476.80     4,244.33

Total Reimbursements                              75.00    TAXES
                                                            W/HTax- Fed         148.22     1,775.68
TAXABLE BENEFITS                                            OASDI EE            107.93     1,074.18
  EE GTLI Taxable                 3.68           32.29      MedcarEE             25.24       251.22
                                                            W/HTax- Okl          61.00       640.00
Total Taxable Benefit             3.68           32.29
                                                           Total Taxes          342.39     3,741.08
        LEAVE ENTITLEMENT BALANCES
Quota Type                       Remaining Balance         AFTER-TAX
                                                            401KLoan            105.58       527.90
Vacation Pay                             46.00000           Life Voluntary                    72.80
Paid Disability Leave                  1029.00000           AD&D Voluntary                     5.60
Personal Time Off                         0.00000           Personal                         809.76

                                                           Total After-Tax      105.58     1,416.06

                                                           Total Net Pay      1,144.33    10,926.35
```

```
The Charles Machine Works              PO BOX 66  PERRY, OK  73077
NAME:       Clinton Moss               DEPOSIT DATE:              05/20/2014
EE NUMBER:  00005286                   PAY PERIOD END DATE:       05/15/2014
SUPERVISOR: Gorrell, Pat                HIRE DATE:                 08/30/2004
PAYMENTS    RATE    HOURS   DOLLARS        YTD
WAGES                                            PRE-TAX
 Prof Inc                               1,900.24  Dental Ins.        41.64      416.40
 Reg Pay    17.10   72.00   1,231.20   13,252.50  Dependent FSA     208.00    2,080.00
 Overtime   25.65   18.00     461.70    5,271.08  401k Savings      137.66    1,422.35
 PTO/VACA   17.10   16.00     273.60    1,795.50  Vision Insuranc     9.82       98.20
                    ------   --------  ---------  EE Medical Cost    57.50      562.00
Total Wage         106.00   1,966.50   22,219.32  WellnessNonPart    15.00      135.00
..............................................                    -------------------
REIMBURSEMENTS                                   Total Pre-Tax     469.62    4,713.95
 WeldInce                                75.00   ..............................................
                                       -------   TAXES
Total Reimbursements                     75.00    W/HTax- Fed       133.91    1,909.59
..............................................   OASDI EE          101.57    1,175.75
TAXABLE BENEFITS                                  MedcarEE           23.75      274.97
 EE GTLI Taxable             3.68        35.97    W/HTax- Okl        56.00      696.00
                           -------   -------                       -------------------
Total Taxable Benefit        3.68        35.97   Total Taxes        315.23    4,056.31
..............................................  ..............................................
        LEAVE ENTITLEMENT BALANCES               AFTER-TAX
Quota Type              Remaining Balance         401KLoan                       527.90
---------------------------------------------     Life Voluntary     18.20        91.00
Vacation Pay                     30.00000         AD&D Voluntary      1.40         7.00
Paid Disability Leave          1029.00000         Personal                       809.76
Personal Time Off                 0.00000                          -------------------
=============================================    Total After-Tax    19.60    1,435.66
                                                 ..............................................
                                                 Total Net Pay    1,162.05   12,088.40
                                                 =============================================




   Clinton Moss                   Exchange Bank & Trus XXXX504         1,162.05
                                                             TOTAL:    1,162.05
```

Moss, Diana

| DATE | GROSS INCOME | YTD | MONTH TOTAL | |
|---|---|---|---|---|
| NOV 6 | 825.00 | | | |
| 20 | 800.00 | | NOV | 1625.00 |
| DEC 4 | 800.00 | | | |
| 18 | 800.00 | | | |
| 31 | 800.00 | | DEC | 2400.00 |
| JAN 15 | 800.00 | | | |
| 29 | 800.00 | | JAN | 1600.00 |
| FEB 12 | 800.00 | | | |
| 26 | 800.00 | 3,200 | FEB | 1600.00 |
| MAR 12 * | 800.00 | 4,000 | | |
| 26 | 800.00 | 4800 | MAR | 1600.00 |
| APR 4 | 800.00 | 5600 | | |
| 23 | 800.00 | 6400 | APR | 1600.00 |

$$\frac{10,425.00}{6}$$

AVG. $1737.50



DATE 02/26/2014

AMOUNT  $ 718.68

SEVEN HUNDRED EIGHTEEN DOLLARS and 68 CENTS

PAY TO THE ORDER OF

Diana L. Moss
1404 Par Road
Perry, OK 73077

Bank Routing No.   Bank Account Number

Deposit Amount  718.68

## NON NEGOTIABLE

| 922 | 87 | Moss, D. L. | )674 | 02/19/2014 |
|---|---|---|---|---|
| EMPLOYEE NO. | DEPARTMENT | EMPLOYEE NAME | SOCIAL SECURITY NO. | PERIOD END |

| EARNINGS | HRS/UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|---|---|---|
| Regular | 72.000 | 720.00 | 2565.00 | FEDERAL INCOME | 17.12 | 17.12 |
| Vacation | 0.000 | 0.00 | 122.50 | FEDERAL MEDICAR | 11.60 | 46.40 |
| Sick | 0.000 | 0.00 | 192.50 | FEDERAL SOCIAL | 49.60 | 198.40 |
| Prof Leave | 0.000 | 0.00 | 80.00 | OKLAHOMA | 3.00 | 6.00 |
| Holiday | 8.000 | 80.00 | 240.00 | | | |

| VACATION BAL | 20.058 |
| ILLNESS BAL | 3.674 |

| 10.00 | 800.00 | 81.32 | 718.68 | 3200.00 | 267.92 | 2932.08 |
|---|---|---|---|---|---|---|
| PAY RATE | CURRENT EARNINGS | CURRENT DEDUCTIONS | NET PAY | Y.T.D. EARNINGS | Y.T.D. DEDUCTIONS | Y.T.D. NET PAY |

DATE
03/26/2014

AMOUNT
$ 718.68

SEVEN HUNDRED EIGHTEEN DOLLARS and 68 CENTS

PAY TO THE ORDER OF
Diana L. Moss
1404 Par Road
Perry, OK 73077

Bank Routing No.   Bank Account Number

Deposit Amount
718.68

## NON NEGOTIABLE

| 922 | 87 | Moss, D. L. | | -0674 | 03/19/2014 |
|---|---|---|---|---|---|
| EMPLOYEE NO. | DEPARTMENT | EMPLOYEE NAME | | SOCIAL SECURITY NO. | PERIOD END |
| EARNINGS | HRS/UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | CURRENT AMOUNT | YEAR TO DATE |
| Regular | 72.000 | 720.00 | 4085.00 | FEDERAL INCOME | 17.12 | 51.36 |
| Vacation | 0.000 | 0.00 | 122.50 | FEDERAL MEDICAR | 11.60 | 69.60 |
| Sick | 0.000 | 0.00 | 192.50 | FEDERAL SOCIAL | 49.60 | 297.60 |
| Prof Leave | 8.000 | 80.00 | 160.00 | OKLAHOMA | 3.00 | 12.00 |
| Holiday | 0.000 | 0.00 | 240.00 | | | |
| VACATION BAL | 26.520 | | | | | |
| ILLNESS BAL | 11.059 | | | | | |
| 10.00 | 800.00 | 81.32 | 718.68 | 4800.00 | 430.56 | 4369.44 |
| PAY RATE | CURRENT EARNINGS | CURRENT DEDUCTIONS | NET PAY | Y.T.D. EARNINGS | Y.T.D. DEDUCTIONS | Y.T.D. NET PAY |

Diana L. Moss
1404 Par Road
Perry, OK 73077



VOID

| Employee Name: | Diana L. Moss | | | | | | 04/04/2014 | | 1573 |
|---|---|---|---|---|---|---|---|---|---|
| | Earnings, Benefits, Deductions, Workers' Comp | | | | | | Leave | | |
| Code | Rate | Hours | Amount | YTD Amount | | Code | Accrued | Taken | Balance |
| PROF LEAVE | 10.0000 | 8.0000 | 80.00 | 160.00 | | SICK | 3.69 | 0.00 | 20.29 |
| Wages | 10.0000 | 72.0000 | 720.00 | 5,200.00 | | VAC | 3.23 | 0.00 | 34.60 |
| HOLIDAY | 0.0000 | 0.0000 | 0.00 | 240.00 | | | | | |

| | Taxes | | |
|---|---|---|---|
| Code | Current | YTD | YTD Tax Earnings |
| FIT | 17.12 | 68.48 | 5,600.00 |
| SS | 49.60 | 347.20 | 5,600.00 |
| MC | 11.60 | 81.20 | 5,600.00 |
| SWT-OK | 3.00 | 15.00 | 5,600.00 |

| Pay Period: | - | | | Totals | | | |
|---|---|---|---|---|---|---|---|
| | | Earnings | 800.00 | Benefits | 0.00 | Taxes | 81.32 |
| | | Deductions | 0.00 | Workers' Comp | 0.00 | Net Pay | 718.68 |

Edwin Fair Community Mental Health Center
1500 N. 6th Street
Ponca City, OK  74601

Amount

718.68

Diana L. Moss
1404 Par Road
Perry, OK 73077

# DIRECT DEPOSIT

| Employee Name: | Diana L. Moss | | | | | 04/23/2014 | | 1674 |
|---|---|---|---|---|---|---|---|---|
| | Earnings, Benefits, Deductions, Workers' Comp | | | | | Leave | | |
| Code | Rate | Hours | Amount | YTD Amount | Code | Accrued | Taken | Balance |
| Wages | 10.0000 | 80.0000 | 800.00 | 6,000.00 | SICK | 3.69 | 7.50 | 16.48 |
| HOLIDAY | 0.0000 | 0.0000 | 0.00 | 240.00 | VAC | 3.23 | 1.50 | 36.33 |
| PROF LEAVE | 0.0000 | 0.0000 | 0.00 | 160.00 | | | | |

Taxes

| Code | Current | YTD | YTD Tax Earnings |
|---|---|---|---|
| FIT | 17.12 | 85.60 | 6,400.00 |
| SS | 49.60 | 396.80 | 6,400.00 |
| MC | 11.60 | 92.80 | 6,400.00 |
| SWT-OK | 3.00 | 18.00 | 6,400.00 |

Totals

| Pay Period: | 04/03/2014 - 04/16/2014 | Earnings | 800.00 | Benefits | 0.00 | Taxes | 81.32 |
|---|---|---|---|---|---|---|---|
| | | Deductions | 0.00 | Workers' Comp | 0.00 | Net Pay | 718.68 |

Edwin Fair Community Mental Health Center
1500 N. 6th Street
Ponca City, OK 74601

Amount

739.27

Diana L. Moss
1404 Par Road
Perry, OK 73077

# DIRECT DEPOSIT

| Employee Name: | Diana L. Moss | | | | | 05/07/2014 | | 1774 |
|---|---|---|---|---|---|---|---|---|
| | Earnings, Benefits, Deductions, Workers' Comp | | | | | Leave | | |
| Code | Rate | Hours | Amount | YTD Amount | Code | Accrued | Taken | Balance |
| Wages | 10.0000 | 80.0000 | 800.00 | 6,800.00 | SICK | 3.69 | 0.00 | 20.18 |
| Wellness | 0.0000 | 0.0000 | 25.00 | 25.00 | VAC | 3.23 | 17.25 | 22.31 |
| HOLIDAY | 0.0000 | 0.0000 | 0.00 | 240.00 | | | | |
| PROF LEAVE | 0.0000 | 0.0000 | 0.00 | 160.00 | | | | |

Taxes

| Code | Current | YTD | YTD Tax Earnings |
|---|---|---|---|
| FIT | 19.62 | 105.22 | 7,225.00 |
| SS | 51.15 | 447.95 | 7,225.00 |
| MC | 11.96 | 104.76 | 7,225.00 |
| SWT-OK | 3.00 | 21.00 | 7,225.00 |

Totals

| Pay Period: | 04/17/2014 - 04/30/2014 | Earnings | 825.00 | Benefits | 0.00 | Taxes | 85.73 |
|---|---|---|---|---|---|---|---|
| | | Deductions | 0.00 | Workers' Comp | 0.00 | Net Pay | 739.27 |

Edwin Fair Community Mental Health Center
1500 N. 6th Street
Ponca City, OK 74601

Amount

701.16

Diana L. Moss
1404 Par Road
Perry, OK 73077

# DIRECT DEPOSIT

| Employee Name: | Diana L. Moss | | | | | | 05/16/2014 | | 1873 |
|---|---|---|---|---|---|---|---|---|---|
| | Earnings, Benefits, Deductions, Workers' Comp | | | | | | Leave | | |
| Code | Rate | Hours | Amount | YTD Amount | | Code | Accrued | Taken | Balance |
| Wages | 10.0000 | 77.7500 | 777.50 | 7,577.50 | | SICK | 3.69 | 8.00 | 15.87 |
| HOLIDAY | 0.0000 | 0.0000 | 0.00 | 240.00 | | VAC | 3.23 | 25.50 | 0.04 |
| PROF LEAVE | 0.0000 | 0.0000 | 0.00 | 160.00 | | | | | |
| Wellness | 0.0000 | 0.0000 | 0.00 | 25.00 | | | | | |

| | Taxes | | |
|---|---|---|---|
| Code | Current | YTD | YTD Tax Earnings |
| FIT | 14.87 | 120.09 | 8,002.50 |
| SS | 48.20 | 496.15 | 8,002.50 |
| MC | 11.27 | 116.03 | 8,002.50 |
| SWT-OK | 2.00 | 23.00 | 8,002.50 |

| | | | | Totals | | | | |
|---|---|---|---|---|---|---|---|---|
| Pay Period: | 05/01/2014 - 05/14/2014 | Earnings | 777.50 | Benefits | 0.00 | Taxes | | 76.34 |
| | | Deductions | 0.00 | Workers' Comp | 0.00 | Net Pay | | 701.16 |